# Court of Appeals
# of the State of Georgia

ATLANTA, August 02, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0550. RUTH FALLS-MILLER et al. v. SAVANNAH-CHATHAM COUNTY PUBLIC SCHOOL BOARD et al.**

Upon consideration of the application for discretionary review, it is hereby DENIED.

The respondent's request for a frivolous appeal penalty is also hereby DENIED. See Court of Appeals Rule 41 (b); *Ridely v. Turner*, 335 Ga. App. 108, 113 (6) (778 SE2d 844) (2015).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 08/02/2019
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*